**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

| | |
|---|---|
| Courtroom Deputy: Cathy Pearson | Date:   January 30, 2015 |
| Court Reporter: Tammy Hoffschildt | Interpreter: n/a |
| Probation Officer:   Kyla Hamilton | |

**CASE NO.   14-cr-00204-RM-6**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Bradley Giles |
|         Plaintiff, | |
| v. | |
| 6.  GINA SALCIDO, | Nathan Chambers |
|         Defendant. | |

### COURTROOM MINUTES

**SENTENCING HEARING**
**COURT IN SESSION:**      9:30 a.m.
Appearances of counsel.   Defendant is present and in custody.

Defendant entered his plea on November 7, 2014, to Count 10 of the Superseding Criminal Indictment. The Court formally accepts the Plea Agreement at this hearing.

Discussion held regarding a letter (Doc. 303, filed 1/5/15) written to the Court by the Defendant, which the Court interprets as a request for leniency.   The Court finds that the letter does not violate the terms and conditions of the plea agreement.

Discussion held regarding Defendant's Objections and Corrections to Presentence Investigation Report (Doc. 311, filed 1/9/15).

**ORDERED:**   Defendant's Objections and Corrections to Presentence Investigation Report (Doc. 311, filed 1/9/15) is DENIED as moot.

Discussion held regarding Government's Rule 48 Motion to Dismiss Count 11 of the Superseding Criminal Indictment (Doc. 181) as to Defendant Gina Salcido (Doc. 308,

filed 1/8/15) and Government's Motion for Downward Departure (Doc. 309, filed 1/8/15).

Counsel for the Government orally moves for the third point for acceptance of responsibility.

Court's findings.

**ORDERED:** Government's Motion for Downward Departure (Doc. 309, filed 1/8/15) is GRANTED.

**ORDERED:** Government's oral motion for the third point for acceptance of responsibility is GRANTED.

Counsel for the Government addresses the Court regarding sentencing.

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of punishment, and comments on matters relating to the appropriate sentence.

Defendant addresses the Court regarding sentencing.

Statement by the Court regarding defendant's offense level, criminal history level, and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:** Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Gina Salcido, is hereby committed to the custody of the Bureau of Prisons to be **imprisoned** for a term of 30 months.

**Court RECOMMENDS that the defendant be allowed to participate in a program for treatment of drug abuse (RDAP).**

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of four (4) years.

**ORDERED: Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) Defendant shall not commit another federal, state, or local crime.
- (**X**) Defendant shall not illegally possess controlled substances.
- (**X**) Defendant shall not possess a firearm or destructive device.
- (**X**) Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and

            at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

**ORDERED:** **Special Condition** of Supervised Release that:
- (**X**) Defendant shall participate in and successfully complete a program of testing and treatment for substance abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer.  Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by the probation officer.
- (**X**) Defendant shall comply with the terms and conditions for payment of the special assessment, restitution or fine imposed by this judgment.
- (**X**) Defendant shall pay any **special assessment, restitution, fine** that is imposed by this judgment, and that remains unpaid at the commencement of the term of supervised release.
- (**X**) Defendant shall participate in and successfully complete a program of mental health treatment, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. Defendant will be required to pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release psychological reports and/or the presentence report to the treatment agency for continuity of treatment.
- (**X**) Defendant shall remain medication compliant and shall take all medications that are prescribed by her treating psychiatrist.   Defendant shall cooperate with random blood tests as requested by her treating psychiatrist and/or supervising probation officer to ensure that a therapeutic level of her prescribed medications is maintained.
- (**X**) Defendant shall submit her person, property, house, residence, papers, or office, to a search conducted by a United States probation officer. Failure to submit to search may be grounds for revocation of release.   Defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition.   A probation officer may conduct a search pursuant to this condition only when reasonable suspicion exists that the defendant has violated a condition of her supervision and that the areas to be searched contain evidence of this violation.   Any search must be conducted at a reasonable time and in a reasonable manner.

**ORDERED:** Defendant shall pay **$100** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

Defendant advised of right to appeal.

**ORDERED:** Any notice of appeal must be filed within 14 days.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**ORDERED:** Government's Rule 48 Motion to Dismiss Count 11 of the Superseding Criminal Indictment (Doc. 181) as to Defendant Gina Salcido (Doc. 308, filed 1/8/15) is GRANTED.

**Court in recess:**   **10:06 a.m.**
Hearing concluded.
Total time:            00:36