IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Case No. 14-CR-00204-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GINA SALCIDO,

    Defendant.

---

FINDINGS OF FACT, CONCLUSIONS OF LAW and REASONS
FOR ORDER OF DETENTION

---

    This matter comes before the court on February 26, 2018 for Initial Appearance. At the Initial Appearance Hearing, the defendant waived her right to a preliminary hearing on the Petition to Revoke Supervised Release. The court has accepted a waiver of preliminary hearing by the defendant. The defendant has also waived her right to a detention hearing and is not contesting detention. Lastly, I have taken judicial notice of the court's file. Accordingly, I find, based upon the waiver of preliminary hearing, that probable cause exists to believe that the defendant violated one or more conditions of her Supervised Release.

    Under Rule 32.1, the court "may release or detain the [defendant] under 18 U.S.C. § 3143(a) pending further proceedings. The burden of establishing that the person will not flee or pose a danger to any other person or to the community rests with the [defendant]."

    In making my findings of fact, I have taken judicial notice of the information set forth in the Presentence Report and the entire court file. Under these circumstances, I find that the defendant has not sustained her burden. On the record before the court, I

find that no condition or combination of conditions of release that will reasonably assure the defendant's appearance at future court hearings. Accordingly, I order the defendant detained without bond.

Done this 26th of February 2018.

BY THE COURT

S/ Michael J. Watanabe

_____

Michael J. Watanabe
U.S. Magistrate Judge